IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>ALISHA REAL ESTATE, LLC, BAY PROPERTY MANAGEMENT GROUP PHILADELPHIA, and BAY MANAGEMENT GROUP, LLC d/b/a AND a/k/a BAY PROPERTY MANAGEEMNT GROUP,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 2:23-CV-01281 |

## ORDER

**AND NOW**, this 7th day of September, 2023, upon consideration of Alisha Real Estate, LLC's Motion to Dismiss, or In The Alternative, Stay This Action (ECF No. 9), Bay Property Management Group Philadelphia and Bay Property Management Group, LLC's Motion to Dismiss, or In The Alternative, Stay This Action (ECF No. 10), Mesa Underwriters Specialty Insurance Company's Response in Opposition to the Motion to Dismiss, or In The Alternative, Stay (ECF No. 13), Alisha's Response in Support of the Motion to Dismiss, or In The Alternative Stay (ECF No. 14), and Bay Property Management Group Philadelphia and Bay Property Management Group LLC's Motion for Joinder (ECF No. 15), it is hereby **ORDERED** that:

1. The Motion for Joinder, (ECF No. 15), and the Motions to Dismiss, (ECF No. 9, 10), are **GRANTED**; and

2. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.